### 9033. BAKER *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial contains the general grounds only. There was sufficient evidence to support the verdict of guilty, and the court did, not err in overruling the motion for new trial.

*Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*

DECIDED OCTOBER 31, 1917.

Accusation of larceny; from city court of Macon—Judge Guerry. June 23, 1917.

*H. F. Rawls, S. L. Wisenberg,* for plaintiff in error.

*Will Gunn, solicitor,* contra.